**KC RESOURCES, INC.,**
**Plaintiff–Appellant**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5142.

United States Court of Appeals,
Federal Circuit.

June 11, 2015.

John Markham Tanner, Fairfield & Woods, PC, Denver, CO, argued for plaintiff-appellant.

Ellen Mary Lynch, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also rep-

resented by Joyce R. Branda, Robert E. Kirschman, Jr., Franklin E. White, Jr.

LOURIE, DYK, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Bhattacharyya, Vincent J. Matanoski, Voris E. Johnson, Jr.

PROST, Chief Judge, REYNA and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**